SENFT, Appellant, vs. ED. SCHUSTER & COMPANY, Respondent.

*April 8—May 13, 1947.*

For the appellant there was a brief by *Gauer & Buer* of Milwaukee, and oral argument by *Robert J. Buer*.

*Raymond J. Moore* of Milwaukee, for the respondent.

BARLOW, J. This case was argued and submitted with the case of *Senft v. Ed. Schuster & Co., ante,* p. 406, 27 N. W. (2d) 464, decided herewith, and is ruled by the decision therein.

*By the Court.*—Judgment affirmed.

FRITZ, J., dissents.